■ In the Matter of LUIZA YEVTUSHENKO, Appellant, v LIDIIA BYVALETS, Respondent. [994 NYS2d 663]—

In a family offense proceeding pursuant to Family Court Act article 8, in which the petitioner alleged that the respondent violated an order of protection, the petitioner appeals from an order of the Supreme Court, Kings County (IDV part) (Henry, J.), dated December 16, 2013, which, without a hearing, dismissed the violation petition.

Ordered that the order is reversed, on the law, without costs or disbursements, the violation petition is reinstated, and the matter is remitted to the Family Court, Kings County, for a hearing and a new determination of the violation petition thereafter.

The petitioner commenced this proceeding alleging that the respondent violated an order of protection by engaging in certain conduct on September 12, 2013. The Supreme Court summarily dismissed the petition on the ground that there was no order of protection in effect on September 12, 2013. As the petitioner correctly contends, this was erroneous, as there was a temporary order of protection in effect on that date. Accordingly, we reverse the order appealed from and remit the matter to the Supreme Court, Kings County, for a hearing and a new determination of the violation petition thereafter (*see Matter of Tyler v Wright*, 119 AD3d 595 [2014]). Mastro, J.P., Chambers, Sgroi and LaSalle, JJ., concur.